Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

June 18, 2025

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> VICTOR VIVANCO-REYES, <br><br> Defendant. | NO. CR25-131 JNW <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Assault of a Federal Officer)

On or about June 6, 2025, in Island County, within the Western District of Washington, VICTOR VIVANCO-REYES knowingly, intentionally, and forcibly assaulted Victim 1, an officer of the United States and of an agency of the United States Government, that is, the United States Department of Homeland Security, Homeland Security Investigations, while Victim 1 was engaged in and on account of his performance of official duties.

Indictment - 1
*United States v. Vivanco-Reyes*
USAO No. 2025R00697

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that the above acts of VICTOR VIVANCO-REYES involved physical contact with Victim 1.

The Grand Jury further alleges that VICTOR VIVANCO-REYES used a deadly and dangerous weapon, that is, a truck with attached trailer, during the commission of the above acts.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT 2

**(Assault of a Federal Officer)**

On or about June 6, 2025, in Island County, within the Western District of Washington, VICTOR VIVANCO-REYES knowingly, intentionally, and forcibly assaulted Victim 2, an officer of the United States and of an agency of the United States Government, that is, the United States Department of Homeland Security, Homeland Security Investigations, while Victim 2 was engaged in and on account of his performance of official duties.

The Grand Jury further alleges that the above acts of VICTOR VIVANCO-REYES involved physical contact with Victim 2.

The Grand Jury further alleges that the above acts of VICTOR VIVANCO-REYES inflicted bodily injury to Victim 2.

The Grand Jury further alleges that VICTOR VIVANCO-REYES used a deadly and dangerous weapon, that is, a truck with attached trailer, during the commission of the above acts.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT 3

**(Assault of a Federal Officer)**

On or about June 6, 2025, in Island County, within the Western District of Washington, VICTOR VIVANCO-REYES knowingly, intentionally, and forcibly

Indictment - 2
*United States v. Vivanco-Reyes*
USAO No. 2025R00697

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

assaulted Victim 3, an officer of the United States and of an agency of the United States Government, that is, the United States Department of Homeland Security, Homeland Security Investigations, while Victim 3 was engaged in and on account of his performance of official duties.

The Grand Jury further alleges that the above acts of VICTOR VIVANCO-REYES involved physical contact with Victim 3.

The Grand Jury further alleges that VICTOR VIVANCO-REYES used a deadly and dangerous weapon, that is, a truck with attached trailer, during the commission of the above acts.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT 4

**(Assault of a Federal Officer)**

On or about June 6, 2025, in Island County, within the Western District of Washington, VICTOR VIVANCO-REYES knowingly, intentionally, and forcibly assaulted Victim 4, an officer of the United States and of an agency of the United States Government, that is, the United States Customs and Border Protection, while Victim 4 was engaged in and on account of his performance of official duties.

The Grand Jury further alleges that the above acts of VICTOR VIVANCO-REYES involved physical contact with Victim 4.

The Grand Jury further alleges that the above acts of VICTOR VIVANCO-REYES inflicted bodily injury to Victim 4.

//
//
//

Indictment - 3
*United States v. Vivanco-Reyes*
USAO No. 2025R00697

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that VICTOR VIVANCO-REYES used a deadly and dangerous weapon, that is, a truck with attached trailer, during the commission of the above acts.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

A TRUE BILL:

DATED: 6/18/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
AMY JAQUETTE
Assistant United States Attorney

_____
JESSICA M. LY
Special Assistant United States Attorney

Indictment - 4
United States v. Vivanco-Reyes
USAO No. 2025R00697

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970