# Defendant Status Sheet
(Prepare ONE for EACH defendant)

## Defendant Status

Defendant Name: VICTOR VIVANCO-REYES

Is there already a charging document filed for this defendant for this case in this district?

☒ Yes ☐ No  If yes: Complaint

If yes, please enter the cause number below:

    CR Enter CR Cause Number here.  or  MJ 25-347 DWC

Has the Defendant had an initial appearance in this case in this district?  ☒ Yes  ☐ No

## Defendant Location

☒ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☐ At large.

☐ Other: Click or tap here to enter text.

## Release

☐ Continue Conditions of release

☒ Continue Detention

☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date.

## Arraignment

☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

    ☐ Defendant Address: Click or tap here to enter text.

☒ Letter to defense counsel for appearance on: 6/26/2025

    ☒ Defense Counsel name and address: COLLEEN FITZHARRIS, Federal Public Defender's Office (SEA), 1601 5th Ave, Ste 700, Westlake Center Office Tower, Seattle, WA 98101

## Trial

Estimated trial length (days): 2