UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR VIVANCO-REYES,<br><br>Defendant. | NO. **CR25-131 JNW**<br><br>**ORDER CONTINUING DETENTION INDICTMENT** |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 18th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

INDICTMENT ORDER CONTINUING DETENTION - 1
*United States v. Vivanco-Reyes*
USAO No. 2025R00697

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970