UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00131-JNW |
|---|---|
| Plaintiff, | ORDER SETTING TRIAL AND PRETRIAL DEADLINES |
| v. | |
| VICTOR VIVANCO-REYES, | |
| Defendant. | |

This matter comes before the Court on the Parties' Joint Status Report. Dkt. No. 45. On October 16, 2025, the Court continued the trial date in this matter and instructed the Parties to meet and confer regarding potential trial dates. Having considered the proposed schedules advanced by the Parties, the relevant record, and all other supporting materials, the Court SETS following trial and pretrial schedule:

| Date | Event |
|---|---|
| November 12, 2025 | Government's expert disclosures due; |

ORDER SETTING TRIAL AND PRETRIAL DEADLINES - 1

| Date | Event |
|---|---|
| December 1, 2025 | Defendant's expert disclosures due; |
| December 1, 2025 | Parties' Proposed Jury Instructions, Exhibit Lists, Witness Lists, and Proposed Voir Dire due; |
| December 12, 2025 | Government rebuttal expert disclosures due; |
| December 19, 2025 | Motions in Limine due; |
| December 23, 2025 | Responses to Motions in Limine due; |
| December 23, 2025 | Parties' Trial Briefs/Amended Trial Briefs due |
| December 30, 2025 | Pretrial Conference |
| January 5, 2025 | Trial |

Dated this 6th day of November, 2025.

Jamal N. Whitehead
United States District Judge