Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR VIVANO-REYES, <br><br> Defendant. | NO. 25-CR-00131 JNW |

# **UNITED STATES' SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS**
(Cited)

The United States proposes the following supplemental jury instructions in the case that the United States presents expert witness testimony. This includes the testimony of Claudia A'Zar, Spanish translator/interpreter, as well as a rebuttal expert, who is yet to be determined, if a rebuttal expert becomes necessary.

//
//
//

United States' Proposed Jury Instructions (Cited) - 1
*United States v. Vivanco-Reyes*, 25-CR-00131 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The United States requests leave to file additional instructions as they may become
2   appropriate during the course of trial.

4   DATED this 1st day of December, 2025.

CHARLES NEIL FLOYD
United States Attorney

*/s/ Katherine G. Collins*
KATHERINE G. COLLINS
Assistant United States Attorney

*/s/ Jessica M. Ly*
JESSICA M. LY
Special Assistant United States Attorney

United States' Proposed Jury Instructions (Cited) - 2
*United States v. Vivanco-Reyes*, 25-CR-00131 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED INSTRUCTIONS AT THE CLOSE OF TRIAL**

United States' Proposed Jury Instructions (Cited) - 3
*United States v. Vivanco-Reyes*, 25-CR-00131 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

PLAINTIFF'S REQUESTED INSTRUCTION NO. 15A

INSTRUCTION NO. \_\_\_\_

(To Be Used if Expert Witness Testified)

You have heard testimony from Claudia A'Zar who testified to opinions and the reasons for her opinions. This opinion testimony was allowed because of the education or experience of this witness.

Such opinion testimony should be judged like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness's education and experience, the reasons given for the opinion, and all the other evidence in the case.

Ninth Circuit Model Jury Instruction – 3.14

United States' Proposed Jury Instructions (Cited) - 4
*United States v. Vivanco-Reyes*, 25-CR-00131 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

PLAINTIFF'S REQUESTED INSTRUCTION NO. 15B

INSTRUCTION NO. \_\_\_\_

(To Be Used if Expert Witness Testified)

You have heard testimony from _____ who testified to opinions and the reasons for his/her opinions. This opinion testimony was allowed because of the education or experience of this witness.

Such opinion testimony should be judged like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness's education and experience, the reasons given for the opinion, and all the other evidence in the case.

Ninth Circuit Model Jury Instruction – 3.14

United States' Proposed Jury Instructions (Cited) - 5
*United States v. Vivanco-Reyes*, 25-CR-00131 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970