UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00131-JNW |
| Plaintiff, | VERDICT FORM |
| v. | |
| VICTOR VIVANCO-REYES, | |
| Defendant. | |

We, the Jury, have reached the following verdicts:

### Count 1

### Assault of a Federal Officer (Jesse Miller)

1.  As to Count 1 of *Assault of a Federal Officer* (Jesse Miller), related to the incident occurring on or about June 6, 2025, we, the Jury, unanimously find the Defendant:

GUILTY _____    NOT GUILTY __X__

VERDICT FORM - 1

*If you find the Defendant <u>guilty</u> of Count 1, proceed to Question 1A and 1B below. If you find the Defendant <u>not guilty</u> of Count 1, skip Questions 1A and 1B and proceed to Count 2.*

1A.   We, the Jury, having found the Defendant guilty of Count 1 of *Assault of a Federal Officer* (Jesse Miller), related to the incident occurring on or about June 6, 2025, further unanimously find that the assault involved physical contact.

    (i)   Yes   [   ]

    (ii)  No    [   ]

*Proceed to Question 1B.*

1B.   We, the Jury, having found the Defendant guilty of Count 1 of *Assault of a Federal Officer* (Jesse Miller), related to the incident occurring on or about June 6, 2025, further unanimously find that the Defendant used a deadly or dangerous weapon in the commission of the assault.

    (i)   Yes   [   ]

    (ii)  No    [   ]

*Proceed to Count 2 on the next page.*

VERDICT FORM - 2

# Count 2

### Assault of a Federal Officer (Nathan Hickman)

2.  As to Count 2 of *Assault of a Federal Officer* (Nathan Hickman), related to the incident occurring on or about June 6, 2025, we, the Jury, unanimously find the Defendant:

GUILTY _____    NOT GUILTY \_\_\_**X**\_\_\_\_\_

*If you find the Defendant guilty of Count 2, proceed to Questions 2A, 2B, and 2C below. If you find the Defendant not guilty of Count 2, skip Questions 2A, 2B, and 2C and proceed to Count 3.*

2A.  We, the Jury, having found the Defendant guilty of Count 2 of *Assault of a Federal Officer* (Nathan Hickman), related to the incident occurring on or about June 6, 2025, further unanimously find that the assault involved physical contact.

    (i)    Yes    [  ]

    (ii)   No    [  ]

*Proceed to Question 2B on the next page.*

VERDICT FORM - 3

2B.     We, the Jury, having found the Defendant guilty of Count 2 of *Assault of a Federal Officer* (Nathan Hickman), related to the incident occurring on or about June 6, 2025, further unanimously find that the Defendant used a deadly or dangerous weapon in the commission of the assault.

   (i) Yes  [ ]

   (ii) No   [ ]

*Proceed to Question 2C.*

2C.     We, the Jury, having found the Defendant guilty of Count 2 of *Assault of a Federal Officer* (Nathan Hickman), related to the incident occurring on or about June 6, 2025, further unanimously find that the Defendant inflicted bodily injury upon Nathan Hickman during the commission of the assault.

   (i) Yes  [ ]

   (ii) No   [ ]

*Proceed to Count 3 on the next page.*

## Count 3

### *Assault of a Federal Officer (Gurman Powar)*

3.  As to Count 3 of *Assault of a Federal Officer* (Gurman Powar), related to the incident occurring on or about June 6, 2025, we, the Jury, unanimously find the Defendant:

GUILTY _____    NOT GUILTY \_\_\_X\_\_\_\_

*If you find the Defendant guilty of Count 3, proceed to Questions 3A and 3B below. If you find the Defendant not guilty of Count 3, skip Questions 3A and 3B and proceed to Count 4.*

3A.  We, the Jury, having found the Defendant guilty of Count 3 of *Assault of a Federal Officer* (Gurman Powar), related to the incident occurring on or about June 6, 2025, further unanimously find that the assault involved physical contact.

(i)  Yes    [  ]

(ii) No     [  ]

*Proceed to Question 3B on the next page.*

VERDICT FORM - 5

3B.  We, the Jury, having found the Defendant guilty of Count 3 of *Assault of a Federal Officer* (Gurman Powar), related to the incident occurring on or about June 6, 2025, further unanimously find that the Defendant used a deadly or dangerous weapon in the commission of the assault.

    (i)    Yes    [   ]

    (ii)    No    [   ]

*Proceed to Count 4.*

# Count 4

### *Assault of a Federal Officer* (Parminder Singh)

4.  As to Count 4 of *Assault of a Federal Officer* (Parminder Singh), related to the incident occurring on or about June 6, 2025, we, the Jury, unanimously find the Defendant:

GUILTY _____    NOT GUILTY __X__

*If you find the Defendant guilty of Count 4, proceed to Question 4A, 4B, and 4C below. If you find the Defendant not guilty of Count 4, skip Questions 4A, 4B, and 4C and then sign and date the verdict form.*

VERDICT FORM - 6

4A. We, the Jury, having found the Defendant guilty of Count 4 of *Assault of a Federal Officer* (Parminder Singh), related to the incident occurring on or about June 6, 2025, further unanimously find that the assault involved physical contact.

    (i)    Yes    [   ]

    (ii)    No    [   ]

*Proceed to Question 4B.*

4B. We, the Jury, having found the Defendant guilty of Count 4 of *Assault of a Federal Officer* (Parminder Singh), related to the incident occurring on or about June 6, 2025, further unanimously find that the Defendant used a deadly or dangerous weapon in the commission of the assault.

    (i)    Yes    [   ]

    (ii)    No    [   ]

*Proceed to Question 4C.*

4C. We, the Jury, having found the Defendant guilty of Count 4 of *Assault of a Federal Officer* (Parminder Singh), related to the incident occurring on or about June 6, 2025, further unanimously find that the Defendant inflicted bodily injury upon Parminder Singh during the commission of the assault.

    (i)    Yes    [   ]

    (ii)    No    [   ]

VERDICT FORM - 7

*Please sign and date the verdict form.*

DATED this __9__ day of January, 2026

███████████████
PRESIDING JUROR