CR25-131 United States of America v Victor Vivanco-Reyes
Judge Jamal N Whitehead
## Exhibit List

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 3 | Screenshot | Admitted | 1/6/2026 | |
| 4 | Photos | Admitted | 1/6/2026 | |
| 5 | Photos | Admitted | 1/6/2026 | |
| 6 | Photos | Admitted | 1/6/2026 | |
| 7 | Photo | Admitted | 1/6/2026 | |
| 1 | Aerial video | Admitted | 1/6/2026 | |
| 1A | Video Excerpt | Admitted | 1/6/2026 | |
| 2 | Video | Admitted | 1/6/2026 | |
| 2A | Video Excerpt | Admitted | 1/6/2026 | |
| 8 | Map Screenshot | Admitted | 1/6/2026 | |
| 10 | Map drawing | Admitted as illustrative only | 1/6/2026 | Objection; overruled |
| 9 | Map Screenshot | Admitted | 1/6/2026 | |
| A09.1 | Single Image of License | Admitted | 1/6/2026 | (need electronic redacted file) |
| A5 | Screenshot | Admitted | 1/7/2026 | (need electronic file) |
| A4 | Photo | Admitted | 1/7/2026 | Page 2 only |
| A-5.2B | Printed Photo | Illustrative | 1/7/2026 | ILLUSTRATIVE ONLY |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| A-5.3B | Printed Photo | Illustrative | 1/7/2026 | ILLUSTRATIVE ONLY |
| A-5.4B | Printed Photo | Illustrative | 1/7/2026 | ILLUSTRATIVE ON LY |
| A-5.5B | Printed Photo | Illustrative | 1/7/2026 | ILLUSTRATIVE ONLY |
| A-5.6B | Printed Photo | Illustrative | 1/7/2026 | ILLUSTRATIVE ONLY |
| A-5.7B | Printed Photo | Illustrative | 1/7/2026 | ILLUSTRATIVE ONLY |
| A-5.8B | Printed Photo | Illustrative | 1/7/2026 | ILLUSTRATIVE ONLY |
| A-5.9B | Printed Photo | Illustrative | 1/7/2026 | ILLUSTRATIVE ONLY |
| 13 | Photo | Admitted | 1/7/2026 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |