The Honorable Jamal N. Whitehead

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR VIVANCO-REYES,<br><br>Defendant. | NO. 25-CR-131-JNW<br><br>JOINT CERTIFICATION OF COUNSEL<br>RE: ADMITTED TRIAL EXHIBITS |

The United States of America, by and through Charles Neil Floyd, United States Attorney for the Western District of Washington, Katherine G. Collins, Assistant United States Attorney, and Jessica M. Ly, Special Assistant United States Attorney for said District, and Colleen P. Fitzharris and Mukund Rathi, Counsel for Victor Vivanco-Reyes, hereby file the admitted trial exhibits.

Pursuant to General Order No. 01-18 "Exhibits Retention Procedures," within seven days of a verdict, the admitted trial exhibits shall be filed through the Court's electronic filing system (CM/ECF) along with a Joint Certification of Counsel.

Joint Certification of Counsel Re: Admitted Trial Exhibits - 1
*United States v. Victor Vivanco-Reyes*, CR 25-131-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

At the close of the trial, counsel for all parties conferred with the in-court deputy and confirmed the list of admitted exhibits and reviewed the exhibits to be provided to the trier of fact in the matter.  The exhibits filed here are those same exhibits.[1]

//

//

//

---

[1] Audio and video bulk exhibits will not be filed via CM/ECF, but an electronic copy will be maintained by the United States.

Joint Certification of Counsel Re: Admitted Trial Exhibits - 2
*United States v. Victor Vivanco-Reyes*, CR 25-131-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Therefore, the undersigned submit that the admitted trial exhibits as listed on the

Court's Exhibit List (Dkt. No. 110) and filed via CM/ECF event "Admitted Trial

Exhibits" are true and correct copies of the documents reviewed by the trier of fact in this

matter.

DATED this 16th day of January, 2026

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*/s/ Jessica M. Ly*
*/s/ Katherine G. Collins*
JESSICA M. LY
Special Assistant United States Attorney
KATHERINE G. COLLINS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:    (206) 553-4311
Fax:             (206) 553-0882
E-mail:         Jessica.Ly@usdoj.gov
                     Katherine.Collins@usdoj.gov

*/s/ Colleen P. Fitzharris*
*/s/ Mukund Rathi*
COLLEEN P. FITZHARRIS
MUKUND RATHI
Counsel for Victor Vivanco-Reyes
*(with electronic authorization)*