

USA-00000022

U.S. v. Vivanco-Reyes
CR25-131 JNW
Plaintiff's Exhibit No. 3
Admitted:



USA-00000023

3-002







USA-00000026







USA_00000067

U.S. v. Vivanco-Reyes
CR25-131 JNW
Plaintiff's Exhibit No. 4
Admitted:



USA-00000017

4-002



USA-00000020

4-003





USA-00000018

4-005



USA-00000102

U.S. v. Vivanco-Reyes
CR25-131 JNW
Plaintiff's Exhibit No. 5
Admitted:



USA-00000079
5-002



USA_00000073

5-003



USA-00000036

5-004



USA-00000043

5–005



USA-00000094

5-006



USA_00000071

U.S. v. Vivanco-Reyes
CR25-131 JNW
Plaintiff's Exhibit No. 6
Admitted:



USA_00000070

6-002







USA-00000042

6-005



USA-00000012
6-006





USA-00000014

6-008



U.S. v. Vivanco-Reyes
CR25-131 JNW
Plaintiff's Exhibit No. 7
Admitted:





USA-00001575

U.S. v. Vivanco-Reyes
CR25-131 JNW
Plaintiff's Exhibit No. 8
Admitted:





USA-00001573

U.S. v. Vivanco-Reyes
CR25-131 JNW
Plaintiff's Exhibit No. 9
Admitted:



USA-00001572

9-002



USA-00000048

U.S. v. Vivanco-Reyes
CR25-131 JNW
Plaintiff's Exhibit No. 13
Admitted:





AS350 MEEKER
48°08'47.26" N    122°27'15.83" W
SPD    83 KTS    HDG    71 °T
ALT    5932 FT

162°T

E    S

48°08'23.13" N    122°27'03.94" W
SPD    20 MPH    HDG    157 °T
ELV    213 FT    SLT    1.2 MI

06/06/25
16:31:30 Z

N

LRF L
LP C

HDEO
DDE
FOC MAN
EXP AUT

W    N    74 FT

-53°    86°

GEOPOINT
INS NAV 0.14°

TRK COR

SLAVE READY

Defendant's Exhibit
Cause No. CR25-131-JNW
Exhibit No. A-5.1
Admitted: _____



AS350 MEEKER
48°08'47.54" N   122°27'14.21" W
SPD    84 KTS   HDG    73 °T
ALT   5929 FT

164°T
E          S

48°08'22.90" N   122°27'03.80" W
SPD    17 MPH   HDG   159 °T
ELV   213 FT    SLT    1.2 MI

06/06/25
16:31:31 Z

N

LRF L
LP  C

HDEO
DDE
FOC MAN
EXP AUT

W          N   74 FT

-52°          86°

GEOPOINT
INS NAV 0.14°

TRK COR

Defendant's Exhibit
Cause No. CR25-131-JNW
Exhibit No. A-5.2
Admitted: _____

SLAVE READY













AS350 MEEKER

48°08'48.17" N   122°27'03.45" W
SPD    89 KTS   HDG    95 °T
ALT   5905 FT

179°T

48°08'22.27" N   122°27'03.06" W
SPD     9 MPH   HDG   165 °T
ELV    213 FT   SLT    1.2 MI

06/06/25
16:31:36 Z

N

LRF L
LP   C

HDEO
DDE
FOC MAN
EXP AUT

GEOPOINT
INS NAV 0.14°

TRK COR

SLAVE READY

W            N   14 FT

-47°        83°

Defendant's Exhibit
Cause No. CR25-131-JNW
Exhibit No. A-5.8
Admitted: _____





AS350 MEEKER
48°08'47.62" N    122°26'58.69" W
SPD    90 KTS    HDG    112 °T
ALT  5898 FT

186°T
S          W

48°08'21.99" N    122°27'02.93" W
SPD    22 MPH    HDG    146 °T
ELV   213 FT    SLT    1.2 MI

06/06/25
16:31:38 Z

N

LRF L
LP  C

HDEO
DDE
FOC MAN
EXP AUT

W          N    14 FT

-44°          76°

GEOPOINT
INS NAV 0.13°

TRK COR

SLAVE READY

Defendant's Exhibit
Cause No. CR25-131-JNW
Exhibit No. A-5.10
Admitted: _____

